IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:04CR33 |
| | ) | |
| v. | ) | |
| | ) | |
| DREWMAINE BROWN, | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

This matter is before the Court on the judgment of the United States Court of Appeals for the Eighth Circuit (Filing No. 37) remanding this case for resentencing. Accordingly,

IT IS ORDERED that resentencing in this matter is rescheduled for:

**Friday, August 26, 2005, at 9:30 a.m.**

Courtroom No. 5, Roman L. Hruska United States Courthouse, 111 South 18th Plaza, Omaha, Nebraska.

DATED this 7th day of July, 2005.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court