IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:04CR33 |
| | ) | |
| v. | ) | |
| | ) | |
| DREWMAINE BROWN, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

This matter is before the Court on defendant's motions to reduce sentence (Filing Nos. 48 and 52) and the stipulation of the parties (Filing No. 53). Pursuant to the retroactive amendment to the cocaine base guidelines, the defendant's final offense level is reduced from 33 to 31. His criminal history category remains at II. The government and defense agree that his sentence should be reduced to one hundred twenty (120) months imprisonment, considering the prior computation of specific offense characteristics, adjustments, and departures. Accordingly,

IT IS ORDERED that said motions are granted and the stipulation of the parties is approved and adopted; the sentence of the defendant is reduced to one hundred twenty (120) months. He shall receive credit for all time served. The conditions of

supervised release entered in the original judgment and committal order remain in full force and effect.

DATED this 16th day of June, 2008.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court