IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:04CR33 |
| | ) | |
| v. | ) | |
| | ) | |
| DREWMAINE BROWN, | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

      On August 29, 2013, defendant appeared with counsel for a hearing on the amended petition for warrant or summons for offender under supervision (Filing No. 71). Defendant was represented by Jeffrey L. Thomas, Assistant Public Defender. Plaintiff was represented by David M. Wear.

      Defendant admitted Allegations 1 and 2 of the amended petition. Allegation 3 was dismissed, and the original petition (Filing No. 63) was withdrawn by the government.

      IT IS ORDERED:

      1) Defendant's supervised release is revoked.

      2) Defendant is placed back on supervision for a term of twelve months, six months of which shall be served in a treatment program.

3) As a special condition of defendant's supervised release, defendant shall reside in a residential reentry center (RRC) for a period of up to 180 days in the correctional component, to commence at the direction of the probation officer. While residing at the RRC, defendant shall observe the rules of that facility.  Defendant may be discharged earlier than 180 days by the probation officer, if the defendant is determined to be in full compliance with the conditions of supervision.

4)   At the conclusion of said sentence, no term of supervised release will follow.

DATED this 4th day of September, 2013.

BY THE COURT:

/s/ Lyle E. Strom

_____
LYLE E. STROM, Senior Judge
United States District Court